IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ERICK LAMONT SANDERS

No.  3:25-CR-394-E

### GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S CONDITIONS OF RELEASE

The government requests that defendant Erick Lamont Sanders' conditions of pretrial release be revoked:

On August 26, 2025, Sanders was charged by Indictment with Possession of a Machinegun, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).   (Dkt. 1).   Sanders was arrested on September 3, 2025 and made an initial appearance two days later on September 5, 2025, before the Honorable Brian McKay.   (Dkts. 5, 8).   At the initial appearance, the government withdrew its motion to detain, and the Court released Sanders under certain terms and conditions including the following conditions:

(7)(n)  Submit to testing for prohibited substance, if required by the pretrial services office or supervising officer.   Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any form of prohibited substance screening or testing.   The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

**Government's Motion to Revoke Conditions of Pretrial Release - Page  1**

(Dkts. 6, 12).    The government alleges that the defendant violated these conditions of release.

On August 3, 2026, Sanders violated this condition of his pretrial supervision by attempting to tamper with the efficiency and accuracy of drug testing. Specifically, Sanders attempted to utilize a bottle filled with an unknown substance to squirt inside the drug testing cup, in lieu of an accurate urine sample.   On February 4, 2026, Sanders reported to the United States Probation Services office and admitted to tampering with the drug testing procedures.

For these reasons, the government requests that Sanders' conditions of pretrial release be revoked.

**Government's Motion to Revoke Conditions of Pretrial Release - Page 2**

Respectfully Submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY


*s/ Luis A. Suarez*
SHAWN SMITH
Assistant United States Attorney
Texas Bar No. 24117110
United States Attorney's Office
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: 214-659-8600
E-mail: Luis.Suarez4@usdoj.gov